# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE D. LAROT,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>        Defendants. | CASE NO. 18cv2381-LAB (AGS)<br><br>**ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PIONEER FINANCIAL SERVICES [Dkt. 47]** |

  Currently before the Court is Plaintiff Jessie D. Larot's Application for Default Judgment against Defendant Pioneer Financial Services, the only defendant remaining in this case. The Court has reviewed Plaintiff's proof of service and is satisfied that Plaintiff properly served Pioneer Financial, a Missouri corporation, via its California Agent for Service of Process, National Registered Agents, Inc.,[1] on January 24, 2019. The Court is also satisfied that it has jurisdiction over Larot's claims and that the factors enumerated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) weigh in favor of default judgment. Plaintiff's Application for Default Judgment Against Pioneer Financial Services is therefore **GRANTED**.

---

[1] The Court takes judicial notice of the "Statement of Information" filed by Pioneer Services Corp. (d/b/a in California as Pioneer Financial Services) with the California Secretary of State on April 23, 2019. That document indicates that Pioneer's Registered Agent for Service of Process is National Registered Agents, Inc., located at 818 West Seventh Street, Suite 930, Los Angeles, CA 90017. This is the same address where Defendant was served on January 25, 2019.

- 1 -

1   It is **ORDERED AND ADJUDGED** that Plaintiff Jessie D. Larot shall recover from
2   Defendant Pioneer Financial Services:

|  |  |  |
|---|---|---|
| Statutory Damages: | $ | 1,000.00 |
| Attorney's Fees: | $ | 4,655.00 |
| Costs: | $ | 462.50 |
| **Total Judgment:** | **$** | **6,117.50** |

The clerk is directed to enter judgment in favor of Jessie D. Larot and against Pioneer Financial Services. The clerk shall then close the case.

**IT IS SO ORDERED**.

Dated: February 10, 2020

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge